IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-cv-00029 (H)(KS)

| | |
|---|---|
| EGLĖ VAITKUVIENĖ, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SYNEOS HEALTH, INC., ALISTAIR MACDONALD, GREGORY S. RUSH, MICHAEL BELL, ROBERT BRECKON, DAVID F. BURGSTAHLER, LINDA S. HARTY, RICHARD N. KENDER, WILLIAM E. KLITGAARD, KENNETH F. MEYERS, MATTHEW E. MONAGHAN, DAVID Y. NORTON, and ERIC P. PÂQUES,<br><br>    Defendants. | **MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

NOW COME Defendants Syneos Health, Inc., Alistair MacDonald, Gregory S. Rush, Michael Bell, Robert Breckon, David F. Burgstahler, Linda S. Harty, Richard N. Kender, William E. Klitgaard, Kenneth F. Meyers, Matthew E. Monaghan, David Y. Norton, and Eric P. Pâques (collectively, "Defendants"), by and through undersigned counsel, and pursuant to Rules 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure, as well as the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4, 78u-5, and hereby move the Court to dismiss Plaintiffs' Amended Complaint (Dkt. No. 35) with prejudice. The grounds for this motion, among other things, are that Plaintiffs fail to plead with particularity an actionable misstatement or omission, fail to plead the required state of mind, fail to allege loss causation, and fail to establish

their standing to sue or to state a claim upon which relief may be granted. Defendants rely on further grounds contained in their Memorandum of Law and the appendices and exhibits thereto, which are submitted herewith and incorporated by reference. Defendants respectfully request oral argument.

WHEREFORE, Defendants respectfully request that the Court enter an Order dismissing all of Plaintiffs' claims against them with prejudice.

This the 20th day of September, 2018.

WYRICK ROBBINS YATES & PONTON LLP

By: /s/ Lee M. Whitman
Lee M. Whitman
N.C. Bar No. 20193
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
lwhitman@wyrick.com
*COUNSEL FOR DEFENDANTS*

SULLIVAN & CROMWELL LLP
Brian T. Frawley
Thomas C. White
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
frawleyb@sullcrom.com
whitet@sullcrom.com
*COUNSEL FOR DEFENDANTS SYNEOS HEALTH, INC., ALISTAIR MACDONALD, MICHAEL BELL, ROBERT BRECKON, DAVID F. BURGSTAHLER, LINDA S. HARTY, RICHARD N. KENDER, WILLIAM E. KLITGAARD, KENNETH F. MEYERS, MATTHEW E. MONAGHAN, DAVID Y. NORTON, and ERIC P. PÂQUES.*

DECHERT LLP
David H. Kistenbroker
Joni S. Jacobsen
35 West Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: 312-646-5800
david.kistenbroker@dechert.com
Joni.jacobsen@dechert.com
*COUNSEL FOR GREGORY S. RUSH*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system which served the same on all parties of record.

This the 20th day of September, 2018.

        /s/ Lee M. Whitman
        Lee M. Whitman