UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

EGLE VAITKUVIENE )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:18-CV-29-FL
SYNEOS HEALTH, INC., ALISTAIR )
MACDONALD, GREGORY S. RUSH, )
MICHAEL A. BELL, ROBERT BRECKON )
DAVID F. BURGSTAHLER, LINDA S. )
HARTY, RICHARD N. KENDER, )
WILLIAM E. KLITGAARD, KENNETH )
F. MEYERS, MATTHEW E. MONOGHAN )
DAVID Y. NORTON, and ERIC P. )
PAQUES, )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 30, 2021, and for the reasons set forth more specifically therein, the court GRANTS defendants' motion to dismiss and lead plaintiffs' amended complaint is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 30, 2021, that by plaintiff's failure to timely file motion to amend complaint, as allowed by order of the court entered August 30, 2021, the court dismisses the amended complaint.

**This Judgment Filed and Entered on October 21, 2021, and Copies To:**
Samuel Ranchor Harris, III (via CM/ECF Notice of Electronic Filing)
Andrew T. Rees / Dhamian A. Blue / Elizabeth A. Shonson / Jack Reise / Sabrina E. Tirabassi/ Stephen R. Astley (via CM/ECF Notice of Electronic Filing)
Brian T. Frawley / Lee Mr. Whitman / Thomas C. White / Yichen Carson Zhou (via CM/ECF Notice of Electronic Filing)

October 21, 2021                     PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk