FILED: July 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2309
(5:18-cv-00029-FL)

_____

SAN ANTONIO FIRE & POLICE PENSION FUND; EL PASO FIREMEN & POLICEMEN'S PENSION FUND, individually and on behalf of all others similarly situated

    Plaintiffs - Appellants

and

EGLE VAITKUVIENE

    Plaintiff

v.

SYNEOS HEALTH INC.; ALISTAIR MACDONALD; GREGORY S. RUSH; MICHAEL A. BELL; ROBERT BRECKON; DAVID F. BURGSTAHLER; LINDA S. HARTY; RICHARD N. KENDER; WILLIAM E. KLITGAARD; KENNETH F. MEYERS; MATTHEW E. MONAGHAN; DAVID Y. NORTON; ERIC P. PAQUES

    Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district

court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK